UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03119-SVW-GJS | Date | 6/4/2020 |
|---|---|---|---|
| Title | *Danielle Kent, et al v. FCA US LLC, et al* | | |

JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND [14]

Having reviewed the briefs and operative Complaint in this case, the Court concludes that the issues regarding fraudulent joinder and Plaintiff's alleged negligent repair claim against the dealership defendant in this action are functionally identical to those in a case before this Court approximately one month ago. *See Robles v. FCA US LLC*, 2020 WL 2318205 (C.D. Cal. May 8, 2020). Because resolution of the fraudulent joinder issue in this case is dispositive, and Defendant has not identified binding precedent that would alter this Court's prior conclusion regarding the essentially identical pleadings in this case, the Court GRANTS Plaintiff's motion for remand and refers the parties to the Court's reasoning in the prior Order. *Id.* at *2 (concluding that any deficiencies in Plaintiff's negligent repair pleadings could straightforwardly be amended, preventing a finding of fraudulent joinder that would create complete diversity).

:

Initials of Preparer   PMC